**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-1552**

AHMAD-RUFAI ABDULLAH,

Plaintiff - Appellant,

versus

BOARD OF GOVERNORS OF THE UNIVERSITY OF NORTH
CAROLINA; NORTH CAROLINA STATE UNIVERSITY, NC
State University at Raleigh,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  W. Earl Britt, Senior
District Judge.  (CA-03-360-5)

Submitted:  March 13, 2006          Decided:  March 22, 2006

Before WILKINSON, WILLIAMS, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Romallus O. Murphy, Greensboro, North Carolina, for Appellant. Roy
Cooper, North Carolina Attorney General, John P. Scherer, II,
Assistant Attorney General, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ahmad-Rufai Abdullah appeals the district court's order granting summary judgment to Defendants in Abdullah's employment discrimination suit. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Abdullah v. Board of Governors of the Univ. of North Carolina</u>, No. CA-03-360-5 (E.D.N.C. Apr. 13, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>